No reversible error appearing, the judgment is affirmed.

Opinion approved by the Court.

**MOSLEY v. STATE.**

No. 24608.

Court of Criminal Appeals of Texas.

Jan. 18, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for aggravated assault. Upon appellant's plea of guilty, punishment was assessed at a fine of $200.

No statement of facts or bills of exceptions appear in the record. Nothing is presented for review.

The judgment is affirmed.

**J. W. ROBERTS v. STATE.**

No. 24657.

Court of Criminal Appeals of Texas.

Jan. 18, 1950.

No appearance, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving a motor vehicle upon a public highway while intoxicated; punishment assessed at a fine of $50.

Appellant has filed his affidavit advising this court that he desires to have his appeal dismissed, and upon his request a dismissal of said appeal is so ordered.